## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Munarbek Borbuev

                        Plaintiff,

v.                                       Case No.: 1:26–cv–03647
                                         Honorable Robert W. Gettleman

Brinson Swearingen, et al.

                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 24, 2026:

       MINUTE entry before the Honorable Virginia M. Kendall: Petitioner's Motion to Enforce the Court's April 13, 2026, Order [21] is denied. Judge Gettleman's April 13, 2026, order granted Petitioner's habeas corpus petition, in part, holding that Petitioner is entitled to a bond hearing before the Immigration Judge in accordance with 8 U.S.C. 1226(a). [17] The parties agree that Petitioner received this relief and that Petitioner was placed onto bond by the Immigration Judge. [21 at 14] Petitioner, however, alleges that Immigration and Customs Enforcement unilaterally modified the IJ's bond order by imposing an ankle monitor and check–in requirement. [21 at 1–2] The conditions of Petitioner's release following the granting of bond by the IJ was not part of the relief ordered by Judge Gettleman. [17 at 4] ("For the above reasons, the court grants in part Borbuev's petition. Respondents are ordered to provide Borbuev with a bond hearing pursuant to the process outlined in 8 U.S.C. 1226(a) by April 20, 2026."). The Court's jurisdiction over this case is at an end because there is compliance with the writ ––– the IJ conducting a bond hearing in accordance with 8 U.S.C. 1226(a). Jensen v. Pollard, 924 F.3d 451, 455–56 (7th Cir. 2019). This new claim regarding ICE's alleged unilateral modification of bond release conditions must be brought in a new habeas corpus action. Jensen, 924 F.3d at 456. Chief Judge Kendall reviewed and decided the motion in the court's absence. The Clerk is instructed to enter a Rule 58 Judgment stating that the Habeas Corpus Petition is granted in favor of Petitioner and that Respondents are ordered to provide Petitioner with a bond hearing pursuant to the process outlined in 8 U.S.C. 1226(a) by April 20, 2026. Hearing set for 4/30/2026 is stricken. Civil case terminated. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.